### 5045. READ v. THE STATE.

HILL, C. J. The evidence, although weak, was sufficient to satisfy the jury; and, as no error of law is complained of, the judgment refusing a new trial must be           *Affirmed.*

DECIDED AUGUST 11, 1913.

Indictment for robbery; from Fulton superior court—Judge Roan. May 24, 1913.

*S. C. Crane,* for plaintiff in error.

*Hugh M. Dorsey, solicitor-general, E. A. Stephens,* contra.